UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF JAMES E. ROGERS, by and through Angela Crigger, Personal Representative, ARIK ROGERS, BRIAN ROGERS, and Minor Children M.R., J.R., and O.R., by and through Julia Rogers,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPOKANE, WASHINGTON, and OFFICER DAN LESSER,<br><br>Defendants. | NO. 2:14-cv-313-SAB<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

Before the Court is the parties' Stipulation for Dismissal, ECF No. 75. The parties ask that the above-captioned action be dimsssed with prejudice and without an award of costs to any party.

//
//
//
//
//
//
//

**ORDER DISMISSING ACTION AND CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court accepts the parties' Stipulation for Dismissal, ECF No. 75.
2. The above-captioned action is **DISMISSED** with prejudice and without an award of costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and close the file.

**DATED** this 28th day of November 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION AND CLOSING FILE** ~ 2